Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>　　　　　　　Defendant(s). | **Case# 07-05658 JW RS**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. Cal. L.R. 3-12, and [PROPOSED] ORDER**<br><br>**JURY TRIAL DEMANDED** |
| MARTHA VASQUEZ PINTOR,<br>　　　　　　　Plaintiff,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br>　　　　　　　Defendant(s). | **Case# 07-06428 JF HRL**<br><br>**JURY TRIAL DEMANDED** |

**JOINT CONSENT TO MAGISTRATE, and ADMINISTRATIVE MOTION TO**
**CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO**
**N.D. Cal. L.R. 3-12**
Page 1

**Administrative Motion to Consider Whether Cass Should Be Related**

**N.D. Cal. Local Rule 3-12. Related Cases:**

**(a) Definition of Related Cases. An action is related to another when:**

**(1) The actions concern substantially the same parties, property, transaction or event; and**

**(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.**

---

**Brief Statement of Relationship Between the Actions**:

Both actions concern the legality of defendants' collection practices under the federal Fair Debt Collection Practices Act (15 U.S.C. 1692 et seq.) and related common law tort claims.

1. Plaintiffs Manuael G. Fausto and Luz Fausto allege Defendants engaged in unlawful and abusive acts directed towards them, including: 1) ignoring a cease communications order and repeatedly calling and sending collection letters to the Fausto's, 2) unlawful communications with a third party, 3) false threats of immediate suit, 4) threatening suit on a time barred debt, 5) false threats to report a stale debt to credit reporting agencies, and 6) engaging in false, abusive and misleading statements, all in an attempt to collect a debt that is almost 10 years old.  Plaintiffs allege Defendants' conduct is part of a pattern, practice and business plan of unlawful collection abuse.

2. Plaintiff Maria Vazquez Pintor alleges Defendants engaged in unlawful and abusive acts directed towards Pintor, including: 1) ignoring a refuse to pay/cease communication's order and repeatedly calling and sending collection letters, 2) false threats of arrest, 3) making repeated telephone calls several times a day with the intent to abuse and annoy, 4) leaving repeated pre-recorded telephone messages, and 5) engaging in false, abusive and

**JOINT CONSENT TO MAGISTRATE, and ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. Cal. L.R. 3-12**
Page 2

misleading statements, all in an attempt to collect a debt that is almost 9 years old. Plaintiffs allege Defendants' conduct is part of a pattern, practice and business plan of unlawful collection abuse.

The Plaintiffs believe that the matters should be related, and assigned to Hon. James Ware (the earlier assigned District Judge) for all matters except discovery matters, and should be referred to the Hon. Richard Seeborg (the earlier assigned Magistrate Judge) for all discovery matters, since both cases raise similar legal issues and contain similar conduct and violations. Furthermore, there are similar Defendants in both actions.

Defendant Credigy Services Corporation, Credigy Receivables, Inc. and Credigy Solutions, Inc. originally signed a Joint Consent to Magistrate and to relate the cases, but then quickly withdrew from such upon hiring defense counsel Carlson & Messer, LLP.

**Efficacy of Assignment to a Single District Court and Magistrate Judge**:

It is possible there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Thus, not relating the cases may unnecessarily complicate the matters further.

DATED: 2/1/08                     /s/Ronald Wilcox
                                  Ronald Wilcox, Counsel for PLAINTIFFS

**JOINT CONSENT TO MAGISTRATE, and ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. Cal. L.R. 3-12**
Page 3