<u>Case Name</u>: *Manuel G. Fausto et. al. v. Credigy Services Corp.et.al.*
United States District Court for the Northern District of California Case #07-05658 JW-RS
<u>Case Name</u>: *Martha Vasquez Pintor v. Credigy Services Corp.et.al.*
United States District Court for the Northern District of California Case #07-06428 JF-HRL

**PROOF OF SERVICE BY MAIL**
**(C.C.P.  1013, 1013a(3))**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SANTA CRUZ )

    I am employed in the County of Santa Cruz, State of California.  I am over the age of 18 years and not a party to the within action; my business address is Law Office of Balám O. Letona, 1347 Pacific Avenue, Suite 203, Santa Cruz, CA 95060.

    On February 1, 2008, I served the foregoing document(s):

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D.Cal. L.R. 3-12, and [PROPOSED] ORDER** Case #07-05658 JW-RS

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D.Cal. L.R. 3-12, and [PROPOSED] ORDER** Case #07-06428 JF-HRL

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Mr. David Kaminski, Esq.
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045, (310) 242-2222 Facsimile

**[X]    BY MAIL:** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the Untied States mail at Santa Cruz, California.

**[X]    BY FAX TRANSMISSION**: I faxed the documents to the persons at the fax numbers listed above.

    Executed on February 1, 2008, at Santa Cruz, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

By: _____
Balam O. Letona