Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel:  (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br><br>Defendant(s). | **Case# C07-06428 JF-HRL**<br><br>**STIPULATION TO MEDIATE and [PROPOSED] ORDER** |

The parties hereby stipulate to mediate the above-captioned matter through the Court's

Alternative Dispute Resolution Program

DATED: March 28, 2008            /s/Balám O. Letona
                                 Balám O. Letona, Counsel for Plaintiffs

DATED: March 28, 2008            /s/David Kaminski
                                 David Kaminski, Counsel for Defendants
                                 CREDIGY SERVICES CORPORATION,

**STIPULATION TO MEDIATE AND [PROPOSED] ORDER**
Page 1

|   |   |
|---|---|
| 1 | CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE |

**[PROPOSED] ORDER**

The parties shall mediate the above-captioned matter through the Court's Alternative Dispute Resolution Program.

Date:

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE

**STIPULATION TO MEDIATE AND [PROPOSED] ORDER**
Page 2