1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   STEPHEN A. WATKINS, ESQ., (SBN #205175)
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendants,
   CREDIGY SERVICE CORPORATION,
6  CREDIGY RECEIVABLES INC.,
   CREDIGY SOLUTIONS, INC. and
7  BRETT BOYDE

8              UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 MARTHA VASQUEZ PINTOR,          )  CASE NO. C07-06 428 JF HRL
                                   )
12                                 )  [Complaint Filed:  12/20/07
             Plaintiff,            )  1st Amended Complaint Filed: 1/14/08]
13                                 )
         vs.                       )  **CERTIFICATE OF INTERESTED**
14                                 )  **PARTIES**
   CREDIGY SERVICES CORPORATION;   )
15 CREDIGY RECEIVABLES INC.;       )  Magistrate Judge: Howard R. Lloyd
   CREDIGY SOLUTIONS INC.; BRETT   )
16 BOYDE; MARK DOE and DOES 1-10,  )
   inclusive,                      )
17                                 )
                                   )
18           Defendants.           )
                                   )
19 _____

20

21     **TO THE UNITED DISTRICT COURT FOR THE NORTHERN DISTRICT OF**

22 **CALIFORNIA:**

23     Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons,

24 associations of persons, firms, partnerships, corporations (including parent corporations) or other

25 entities (1) have a financial interest in the subject matter in controversy or in a party to the

26 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

27 substantially affected by the outcome of this proceeding:

28     1.     Plaintiff MARTHA VASQUEZ PINTOR

---
05713.00:143205                          1

CERTIFICATE OF INTERESTED                CASE NO. C07 06428 JF HRL
PARTIES

1   2.   Defendant CREDIGY SERVICES CORPORATION

2   3.   Defendant CREDIGY RECEIVABLES INC.

3   4.   Defendant CREDIGY SOLUTIONS INC.

4   5.   Defendant BRETT BOYDE

5   6.   Defendant MARK DOE

6   7.   American International Specialty Insurance Company (Insurance for Defendants)

7   These representations are made to enable judges of the Court to evaluate possible recusal.

DATED: March 31, 2008

CARLSON & MESSER LLP

By_____
David J. Kaminski, Esq.
Stephen A. Watkins, Esq.
Attorneys for Defendant,
CREDIGY SERVICE CORPORATION,
CREDIGY RECEIVABLES INC.,
CREDIGY SOLUTIONS, INC., and
BRETT BOYDE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05713.00:143205

2

CERTIFICATE OF INTERESTED PARTIES

CASE NO. C07 06428 JF HRL