1  Ronald Wilcox SBN 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San José, CA 95126-1001
3  Tel:  (408) 296-0400
   Fax: (408) 296-0486
4  Email: ronaldwilcox@yahoo.com

5  Balám O. Letona SBN 229642
   LAW OFFICE OF BALÁM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
7  Tel: (831) 421-0200
   Fax: (831) 621-9659
8  Email: letonalaw@gmail.com

9  Attorneys for Plaintiff(s):
10 MARTHA VASQUEZ PINTOR

11              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                         SAN JOSÉ DIVISION

13

14 MARTHA VASQUEZ PINTOR,                  Case No. C07-06428 JF-HRL

15              Plaintiffs,

16 v.                                      PLAINTIFF'S REQUEST TO
                                           CONTINUE 4/18/08 CMC for 90 DAYS
17                                         AND [PROPOSED] ORDER
   CREDIGY SERVICES CORPORATION,
18 CREDIGY RECEIVABLES INC., CREDIGY
   SOLUTIONS INC., BRETT BOYDE, MARK
19 DOE and DOES 1-10, inclusive,

20              Defendant(s).

21     The parties have stipulated to mediate this matter.  See Stipulation to Mediate and Order,

22 Docket#13.  Mediation will occur within 90-days.  Furthermore, the parties have already begun

23 discovery.  Thus, Plaintiffs respectfully request the Court continue the April 18, 2008 Case

24 Management Conference for 90-days.

25

Respectfully,

/s/Ronald Wilcox                                    4/4/08
Ronald Wilcox, Attorney for Plaintiff        Date

**[PROPOSED] ORDER**

The April 18, 2008 Case Management Conference is hereby continued to

_____.

**IT IS SO ORDERED.**

Date:

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE