Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel:  (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiff(s):
MARTHA VASQUEZ PINTOR

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSÉ DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>          Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br><br>          Defendant(s). | Case No. C07-06428 JF-HRL<br><br>PLAINTIFF'S REQUEST TO CONTINUE 4/18/08 CMC for 90 DAYS AND [~~PROPOSED~~] ORDER |

The parties have stipulated to mediate this matter.  See Stipulation to Mediate and Order, Docket#13.  Mediation will occur within 90-days.  Furthermore, the parties have already begun discovery.  Thus, Plaintiffs respectfully request the Court continue the April 18, 2008 Case Management Conference for 90-days.

Respectfully,

/s/Ronald Wilcox                              4/4/08
Ronald Wilcox, Attorney for Plaintiff         Date

### [PROPOSED] ORDER

The April 18, 2008 Case Management Conference is hereby continued to 7/18/08 at 10:30 a.m.

**IT IS SO ORDERED.**

Date: 4/8/08

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE