# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pintor,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Credigy Services Corporation,<br><br>　　　　　　Defendant(s). | 07-06428 JF MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Jessica M. Notini**
> Notini Mediation Services
> 1306 Summit Road
> Lafayette, CA 94549
> 925-938-5011
> notini@pacbell.net

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06428 JF MED　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: April 18, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-06428 JF MED                         - 2 -