1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION; CREDIGY RECEIVABLES INC.; CREDIGY SOLUTIONS INC.; BRETT BOYDE; MARK DOE and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. C07 -06 438 JF HRL<br><br>[Complaint Filed: 12/20/07<br>1st Amended Complaint Filed: 1/14/08]<br><br>Magistrate Judge: Howard R. Lloyd<br><br>**[PROPOSED] ORDER**<br><br>Date: June 17, 2008<br>Time: 10:00 a.m.<br>Location: U.S. District Court,<br>280 S. 1st Street, San Jose, CA |

1     Based upon the MOTION of Defendants CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC, and BRETT BOYDE, the Declaration of their counsel, David J. Kaminski, Esq., and good cause having been shown, the Court Orders as follows:

    WHEREAS Defendants' counsel Mr. Kaminski agreed to accept service of the Summons and Complaint in this action on behalf of Defendant Mark Doe pursuant to a stipulation filed with this Court on March 18, 2008 (the "Stipulation")

    IT IS HEREBY ORDERED that Defendants' counsel is hereby permitted to withdraw from the Stipulation to the extent they agreed to accept service on behalf of Defendant Mark Doe and answer on his behalf.

DATED:_____    _____
                                                                     Honorable Howard Lloyd
                                                                     United States Magistrate Judge