David J. Kaminski (SBN: 128509)
CARLSON & MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VASQUEZ PINTOR | CASE NUMBER: |
| | C07 - 06 428 JF HRL |
| Plaintiff(s) | |
| v. | |
| CREDIGY SERVICES CORPORATION; CREDIGY RECEIVABLES INC.; CREDIGY SOLUTIONS INC.; BRETT BOYDE; MARK DOES and DOES 1-10, inclusive | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

CREDIGY RECEIVABLES INC.                    ☐ Plaintiff  [X] Defendant  ☐ Other
_Name of Party_

hereby substitutes  SIMMONDS & NARITA LLP                                    who is

[X] Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per  44 Montgomery Street, Ste. 3010
_Street Address_

San Francisco, CA          415-283-1000    415-352-2625    156576
_City, State, Zip Code_      _Telephone Number_  _Facsimile Number_  _State Bar Number_

as attorney of record in the place and stead of  CARLSON & MESSER LLP
_Present Attorney_

Dated: May 9, 2008

_Signature of Party_

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: May __, 2008

_Signature of Present Attorney_
David J. Kaminski

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: May 9, 2008

_Signature of New Attorney_
Tomio Narita

Substitution of Attorney is hereby  ☐ Approved.  ☐ Denied.

Dated: _____

_United States District Judge / Magistrate Judge_

NOTICE TO COUNSEL:  _If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov._

SUBSTITUTION OF ATTORNEY

G-01 (05/02)                                                                G01