```
1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   STEPHEN A. WATKINS, ESQ., (SBN #205175)
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendants,
   CREDIGY SERVICES CORPORATION,
6  CREDIGY RECEIVABLES INC., CREDIGY
   SOLUTIONS INC. and BRETT BOYDE
7
```

8                      UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION;<br>CREDIGY RECEIVABLES INC.;<br>CREDIGY SOLUTIONS INC.; BRETT<br>BOYDE; MARK DOE and DOES 1-10,<br>inclusive,<br><br>    Defendants. | CASE NO. C07-06 428 JF HRL<br><br>[Complaint Filed:   12/20/07<br>1st Amended Complaint Filed: 1/14/08]<br><br>District Judge: Hon. Jeremy Fogel<br>Magistrate Judge: Hon. Howard R. Lloyd<br><br>**DEFENDANTS CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC.'S NOTICE OF TAKING MOTION OFF CALENDAR**<br><br>Date: June 17, 2008<br>Time: 10:00 a.m.<br>Location: U.S. District Court,<br>280 S. 1st. Street, San Jose, CA<br>Courtroom 2 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE THAT NOTICE that the Motion to Withdraw From Stipulation filed by Defendants CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC, and BRETT BOYDE ("Defendants"), originally scheduled for June 17 at 10:00 a.m. before Hon. Judge Lloyd, U.S. District Court, Northern District has been taken off calendar. Defendants have filed a Motion to Withdraw From Stipulation to be heard before Hon.

---

05713.00:144453                              1
**Notice of Motion Taken Off Calendar**                    CASE NO. C07 06428 JF HRL

1 | Judge Fogel on July 25, 2008 of the U.S. District Court, Northern District at 9:00 a.m.

2

3 | DATED: May 19, 2008                              CARLSON & MESSER LLP

4

5 | By: /s/ David J. Kaminski
    David J. Kaminski, Esq.
    Stephen A. Watkins, Esq.
6   Attorneys for Defendant,
    CREDIGY SERVICES CORPORATION,
7   CREDIGY RECEIVABLES INC., CREDIGY
    SOLUTIONS INC. and BRETT BOYDE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05713.00:144453

2

**Notice of Motion Taken Off Calendar**                    CASE NO. C07 06428 JF HRL