1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION;<br>CREDIGY RECEIVABLES INC.;<br>CREDIGY SOLUTIONS INC.; BRETT<br>BOYDE; MARK DOE and DOES 1-10,<br>inclusive,<br><br>　　　　　Defendants. | CASE NO. C07 -06 428 JF HRL<br><br>[Complaint Filed:   12/20/07<br>1st Amended Complaint Filed: 1/14/08]<br><br>District Judge: Hon. Jeremy Fogel<br>Magistrate Judge: Hon. Howard R. Lloyd<br><br>**[PROPOSED] ORDER**<br><br>Date: July 25, 2008<br>Time: 9:00 a.m.<br>Location: U.S. District Court,<br>280 S. 1st. Street, San Jose, CA<br>Courtroom 3 |

05713.00:144623

1

**[PROPOSED] ORDER**　　　　　　　　CASE NO. C07 06428 JF HRL

1   Based upon the MOTION of Defendants CREDIGY SERVICES CORPORATION,
2  CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC, and BRETT BOYDE, the
3  Declaration of their counsel, David J. Kaminski, Esq., and good cause having been shown, the
4  Court Orders as follows:
5   WHEREAS Defendants' counsel Mr. Kaminski agreed to accept service of the Summons
6  and Complaint in this action on behalf of Defendant Mark Doe pursuant to a stipulation filed with
7  this Court on March 18, 2008 (the "Stipulation")
8   IT IS HEREBY ORDERED that Defendants' counsel is hereby permitted to withdraw
9  from the Stipulation to the extent they agreed to accept service on behalf of Defendant Mark
10  Doe and answer on his behalf.

12  DATED:_____          _____
13                                          Honorable Jeremy Fogel
                                            United States District Judge

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05713.00:144623                 2
                    [PROPOSED] ORDER         CASE NO. C07 06428 JF HRL