```
David J. Kaminski (SBN: 128509
CARLSON & MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, CA 90045
Tel:  (310) 242-2200
Fax:  (310) 242-2222
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VASQUEZ PINTOR | CASE NUMBER: |
| | C07 -06 428 JF HRL |
| v.     Plaintiff(s) | |
| CREDIGY SERVICES CORPORATION; CREDIGY RECEIVABLES INC.; CREDIGY SOLUTIONS INC.; BRETT BOYDE; MARK DOES and DOES 1-10, inclusive     Defendant(s) | **SUBSTITUTION OF ATTORNEY** |

CREDIGY SERVICES CORPORATION        [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes SIMMONDS & NARITA LLP _____ who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   44 Montgomery Street, Ste. 3010
                                                                  *Street Address*

San Francisco, CA 94104      415-283-1000      415-352-2625      156576
*City, State, Zip Code*       *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of CARLSON & MESSER LLP
                                                *Present Attorney*

Dated: May 12, 2008

*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: May 8, 2008

*Signature of Present Attorney*
David J. Kaminski

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: May 15, 2008

*Signature of New Attorney*
Tomio Narita

Substitution of Attorney is hereby  [ ] Approved.  [ ] Denied.

Dated: _____

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                 G01