1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants
7  Credigy Services Corporation,
   Credigy Receivables, Inc., and
8  Credigy Solutions, Inc.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  MARTHA VASQUEZ PINTOR,        )   CASE NO.: C 07 06428 JF HRL
                                  )
14                                )
                                  )
15       Plaintiff,               )
                                  )   **NOTICE OF APPEARANCE OF**
16       vs.                      )   **COUNSEL**
                                  )
17                                )
    CREDIGY SERVICES              )
18  CORPORATION, CREDIGY          )
    RECEIVABLES INC., CREDIGY     )
19  SOLUTIONS INC., BRETT         )
    BOYDE, MARK DOE, and DOES     )
20  1-10, inclusive,              )
                                  )
21                                )
         Defendants.              )
22                                )
    _____)
23

24

25

26

27

28
   _____
   FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 00253 MJJ)
   NOTICE OF APPEARANCE OF COUNSEL

1  TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Jeffrey A. Topor, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as additional counsel for defendants Credigy Services Corporation, Credigy Receivables, Inc., and Credigy Solutions, Inc. in this matter.

DATED: May 28, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:  s/Jeffrey A. Topor
Jeffrey A. Topor
Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.