TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 07 06428 JF HRL<br><br>**ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 FOR ORDER CONTINUING DATE FOR COMPLETION OF MEDIATION BY DEFENDANTS CREDIGY SERVICES CORP., CREDIGY RECEIVABLES INC. AND CREDIGY SOLUTIONS INC.**<br><br>The Honorable Jeremy Fogel |

Defendants Credigy Services Corporation, Credigy Receivables, Inc. and Credigy Solutions, Inc. (the "Credigy Defendants") hereby submit this motion, pursuant to Local Rule 7-11, requesting that the Court issue an Order continuing the date for completion of mediation in this matter.  Although the parties have exchanged correspondence in an effort to meet and confer with respect to this issue, Plaintiff has refused to stipulate to this request.

In this case, Plaintiff alleges, *inter alia*, the certain employees of the Credigy Defendants placed harassing phone calls to her while attempting to collect a debt.  On April 3, 2008, this Court issued an Order directing the parties to mediate the matter pursuant to the Court's Alternative Dispute Resolution program.  *See* Docket 13.  Given this order, pursuant to ADR Local Rule 6-4, the parties must complete their mediation within 90 days of that date, *i.e.*, on or before July 3, 2008.

On May 9, 2008, the Credigy Defendants retained new counsel.  *See* Docket 19 and 20.  On May 23, 2008, the parties had a telephone conference with the assigned mediator, Jessica M. Notini, and they tentatively selected June 17, 2008 for a mediation date.

The Credigy Defendants respectfully request that the Court issue an Order which modifies the current schedule, however, because a discovery dispute is now pending which will have a significant impact on any mediation.  Plaintiff has intimated that she has tape recordings of allegedly harassing phone calls placed by the employees of the Credigy defendants.  But she has refused to turn over any such tapes as part of the discovery process, and she has refused to provide any information about their alleged contents.  On June 24, 2008, the Honorable Magistrate Howard Lloyd is scheduled to hear a motion relating to whether Plaintiff will be directed to produce copies of any tape recordings of any phone

calls allegedly placed by employees of the Credigy Defendants. *See* Docket 23 and 27.

At this point, the Credigy Defendants do not know if any tape recordings actually exist. If the tapes do exist, the Credigy Defendants do not know the circumstances under which the recordings were made, nor anything about their contents. This is a significant barrier to any resolution of this action by mediation.

The Credigy Defendants respectfully submit that unless and until any such tapes are turned over by Plaintiff, either voluntarily or at the direction of the Court, the case should not be sent to mediation.

For this reason, the Credigy Defendants request that the Court issue an Order continuing the mediation completion date in this matter until 90 days after this Court rules on the pending motion with respect to the turnover of the tapes.

DATED: June 6, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.