Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiff

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br>             Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION,<br>CREDIGY RECEIVABLES INC.,<br>CREDIGY SOLUTIONS INC., BRETT<br>BOYDE, MARK DOE and DOES 1-10,<br>inclusive,<br>             Defendant(s). | Case No. C07-06428 JF-HRL<br><br>**DECLARATION OF BALÁM LETONA IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>Date:  June 24, 2004<br>Time: 10:00 a.m.<br>Place: 280 South 1st Street<br>          San Jose, CA<br><br>**JUDGE HOWARD LLOYD** |

I, Balám Letona, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am one of the Plaintiff's attorneys in the matter above-captioned.

2. I make this declaration in support of Plaintiff's Reply to Defendants' Opposition to

1. Plaintiff's Motion for Protective Order.

3. In *Vasquez v. Credigy*, I reviewed Defendants' own collection logs, and those of its agent, Live Vox, Inc. Live Vox, Inc., provides telephone support services to the Credigy Defendants. Defendants Credigy produced collection logs showing only approximately twenty (20) collection calls to Plaintiff. Those records would have been attached to this declaration, however Defendants Credigy classifed them as CONFIDENTIAL, making their submission to the Court cumbersome. But, a true and correct copy of Live Vox, Inc's call logs are attached as Exhibit 1 to this declaration. Those records indicate Defendants made at least forty-six (46) phone calls to Plaintiff, in an attempt to collect an alleged 10 year old debt. Those calls together with Defendants Credigy calls total sixty-six (66) calls made to Plaintiff, with fifty-eight (58) calls occurring after Plaintiff sent a cease and desist order.

4. At Defendants F.R.C.P. 30b(6) deposition, the Defendants produced a witness that was not competent to testify about the relevant phone calls, and their callers.

5. Defendants Credigy produced collection logs showing only approximately twenty (20) collection calls to Plaintiff.

6. The Credigy Defendants testified that they hired an independent Brazilian debt collection company to make debt collection calls for them.

Respectfully submitted and executed this 10th day of June 2008,

/s/ Balám Letona
Balám Letona

**Calls to Martha Pintor (1/1/06 - 4/30/08)** *Live Vox call logs*

| ACCT_TRANSACTION_ID | ACCOUNT | PATIENT_FIRSTNAME | PATIENT_LASTNAME | PATIENT_PHONE1 | CALL_START_TIME | CALL_FINISH_TIME | CALL_DURATION (Seconds) | TFH_RESULT |
|---|---|---|---|---|---|---|---|---|
| 346600370 | 10863899 | Martha | Pintor | 8312270352 | 6/13/2007 14:48 | 6/13/2007 14:49 | 43 | Machine, Left Message |
| 353834150 | 10863899 | Martha | Pintor | 8312270352 | 6/23/2007 14:01 | 6/23/2007 14:02 | - | Invalid Phone Number |
| 355747794 | 10863899 | Martha | Pintor | 8312270352 | 6/26/2007 19:52 | 6/26/2007 19:52 | - | Invalid Phone Number |
| 364538778 | 10863899 | Martha | Pintor | 8312270352 | 7/10/2007 19:44 | 7/10/2007 19:45 | - | Invalid Phone Number |
| 369148271 | 10863899 | Martha | Pintor | 8312270352 | 7/14/2007 15:06 | 7/14/2007 15:09 | - | No Answer |
| 369305230 | 10863899 | Martha | Pintor | 8312270352 | 7/14/2007 16:07 | 7/14/2007 16:10 | - | No Answer |
| 373079580 | 10863899 | Martha | Pintor | 8312270352 | 7/18/2007 18:19 | 7/18/2007 18:20 | - | Invalid Phone Number |
| 375960770 | 10863899 | Martha | Pintor | 8312270352 | 7/21/2007 13:24 | 7/21/2007 13:25 | - | Invalid Phone Number |
| 379497903 | 10863899 | Martha | Pintor | 8312270352 | 7/25/2007 15:25 | 7/25/2007 15:26 | 8 | Hung Up in Opening |
| 383332834 | 10863899 | Martha | Pintor | 8312270352 | 7/28/2007 12:49 | 7/28/2007 12:50 | 3 | Answering Machine (Hung Up) |
| 383373838 | 10863899 | Martha | Pintor | 8312270352 | 7/29/2007 11:04 | 7/29/2007 11:05 | 4 | Hung Up in Opening |
| 394856529 | 10863899 | Martha | Pintor | 8312270352 | 8/10/2007 18:15 | 8/10/2007 18:16 | 43 | Machine, Left Message |
| 395464942 | 10863899 | Martha | Pintor | 8312270352 | 8/11/2007 14:23 | 8/11/2007 14:23 | 8 | Hung Up in Opening |
| 402191879 | 10863899 | Martha | Pintor | 8312270352 | 8/18/2007 12:29 | 8/18/2007 12:30 | 8 | Hung Up in Opening |
| 405588791 | 10863899 | Martha | Pintor | 8312270352 | 8/22/2007 15:09 | 8/22/2007 15:09 | 6 | Hung Up in Opening |
| 406459883 | 10863899 | Martha | Pintor | 8312270352 | 8/23/2007 15:21 | 8/23/2007 15:21 | 6 | Machine, Left Message |
| 407076031 | 10863899 | Martha | Pintor | 8312270352 | 8/23/2007 19:41 | 8/23/2007 19:41 | 1 | Hung Up in Opening |
| 407678596 | 10863899 | Martha | Pintor | 8312270352 | 8/24/2007 13:43 | 8/24/2007 13:44 | 7 | Hung Up in Opening |
| 408350764 | 10863899 | Martha | Pintor | 8312270352 | 8/25/2007 14:27 | 8/25/2007 14:28 | 5 | Hung Up in Opening |
| 412829866 | 10863899 | Martha | Pintor | 8312270352 | 8/29/2007 13:50 | 8/29/2007 13:51 | 44 | Machine, Left Message |
| 413153385 | 10863899 | Martha | Pintor | 8312270352 | 8/29/2007 18:29 | 8/29/2007 18:30 | 3 | Answering Machine (Hung Up) |
| 414319224 | 10863899 | Martha | Pintor | 8312270352 | 8/30/2007 13:35 | 8/30/2007 13:36 | 3 | Answering Machine (Hung Up) |
| 414941542 | 10863899 | Martha | Pintor | 8312270352 | 8/30/2007 18:25 | 8/30/2007 18:25 | 3 | Answering Machine (Hung Up) |
| 415833815 | 10863899 | Martha | Pintor | 8312270352 | 8/31/2007 14:56 | 8/31/2007 14:57 | 3 | Answering Machine (Hung Up) |
| 416157484 | 10863899 | Martha | Pintor | 8312270352 | 9/1/2007 13:58 | 9/1/2007 13:59 | 44 | Machine, Left Message |
| 420804638 | 10863899 | Martha | Pintor | 8312270352 | 9/6/2007 13:50 | 9/6/2007 13:51 | 35 | Machine, Left Message |
| 421056546 | 10863899 | Martha | Pintor | 8312270352 | 9/6/2007 18:55 | 9/6/2007 18:56 | 4 | Answering Machine (Hung Up) |
| 421984459 | 10863899 | Martha | Pintor | 8312270352 | 9/7/2007 15:33 | 9/7/2007 15:35 | 66 | Listened |
| 422632863 | 10863899 | Martha | Pintor | 8312270352 | 9/8/2007 14:53 | 9/8/2007 14:54 | 44 | Machine, Left Message |
| 428509351 | 10863899 | Martha | Pintor | 8312270352 | 9/13/2007 12:53 | 9/13/2007 12:54 | 9 | Hung Up in Opening |
| 430035228 | 10863899 | Martha | Pintor | 8312270352 | 9/14/2007 18:12 | 9/14/2007 18:12 | 5 | Hung Up in Opening |
| 430595134 | 10863899 | Martha | Pintor | 8312270352 | 9/15/2007 12:47 | 9/15/2007 12:49 | 58 | Machine, Left Message |
| 430771290 | 10863899 | Martha | Pintor | 8312270352 | 9/15/2007 14:58 | 9/15/2007 14:59 | 4 | Hung Up in Opening |
| 431783645 | 10863899 | Martha | Pintor | 8312270352 | 9/17/2007 19:45 | 9/17/2007 19:46 | 8 | Machine, Left Message |
| 432154475 | 10863899 | Martha | Pintor | 8312270352 | 9/17/2007 20:28 | 9/17/2007 20:28 | - | Hung Up in Opening |
| 437061713 | 10863899 | Martha | Pintor | 8312270352 | 9/20/2007 15:00 | 9/20/2007 15:01 | 8 | Machine, Left Message |
| 437282546 | 10863899 | Martha | Pintor | 8312270352 | 9/20/2007 18:53 | 9/20/2007 18:53 | 3 | Answering Machine (Hung Up) |
| 439260503 | 10863899 | Martha | Pintor | 8312270352 | 9/22/2007 11:10 | 9/22/2007 11:11 | 4 | Hung Up in Opening |
| 440670107 | 10863899 | Martha | Pintor | 8312270352 | 9/24/2007 14:31 | 9/24/2007 14:32 | 8 | Machine, Left Message |
| 441200744 | 10863899 | Martha | Pintor | 8312270352 | 9/24/2007 19:08 | 9/24/2007 19:09 | 3 | Answering Machine (Hung Up) |
| 442268612 | 10863899 | Martha | Pintor | 8312270352 | 9/25/2007 13:42 | 9/25/2007 13:43 | 8 | Machine, Left Message |
| 442825387 | 10863899 | Martha | Pintor | 8312270352 | 9/25/2007 19:04 | 9/25/2007 19:05 | 3 | Answering Machine (Hung Up) |
| 449211055 | 10863899 | Martha | Pintor | 8312270352 | 9/29/2007 11:29 | 9/29/2007 11:30 | 58 | Machine, Left Message |
| 454645843 | 10863899 | Martha | Pintor | 8312270352 | 10/4/2007 13:46 | 10/4/2007 13:48 | 58 | Machine, Left Message |
| 456686540 | 10863899 | Martha | Pintor | 8312270352 | 10/6/2007 14:41 | 10/6/2007 14:41 | 1 | Hung Up in Opening |
| 457576796 | 10863899 | Martha | Pintor | 8312270352 | 10/8/2007 15:08 | 10/8/2007 15:08 | 1 | Hung Up in Opening |



EXHIBIT L