Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, SBN 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br>  Plaintiff,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br>  Defendant(s). | Case# 07-06428 JF<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**<br><br>Date: June 24, 2008<br>**HON. HOWARD LLOYD**<br><br>**JURY TRIAL DEMANDED** |

   Plaintiff hereby withdraws her Motion for Protective Order (Doc #23) which was set to be heard on Tuesday, June 24, 2008.

Sincerely,

/s/Ronald Wilcox
Ronald Wilcox