1

**E-Filed 6/23/2008**

2

3

4

5

6

7

NOT FOR CITATION

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12

| | |
|---|---|
| MARTHA VASQUEZ PINTOR, | Case Number C 07-6428 |
| Plaintiff, | ORDER[1] GRANTING IN PART REQUEST TO CONTINUE DATE FOR COMPLETION OF MEDIATION |
| v. | |
| CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive, | [re: docket no. 29] |
| Defendant. | |

13

14

15

16

17

18

19

20

        Plaintiff Maria Vasquez Pintor ("Pintor") brings this action against Defendants Credigy

21

Services Corporation, Credigy Receivables Inc., Credigy Solutions Inc. (collectively,

22

"Defendants").[2]  Pintor alleges that Defendants made harassing phone calls that violated the Fair

23

Debt Collection Practices Act and state law.  On April 3, 2008, the Court directed the parties to

24

mediation.  Docket 13.  Under Local Rule 6-4, the parties are required to complete the mediation

25

26

_____

27

        [1] This disposition is not designated for publication in the official reports.

28

        [2] Brett Boyde, Mark Doe and Does 1-10 are also named as defendants in this action.

1  within ninety days of that order, *i.e.*, on or before July 3, 2008.

2      Defendants request that the Court continue the current mediation deadline until a pending

3  discovery dispute has been resolved.  Defendants contend that Pintor is withholding a tape

4  recording of a phone call and also refuses to provide any information about the alleged contents

5  of the tape.  The motion to compel production of that evidence is scheduled to be heard by

6  Magistrate Judge Lloyd on June 24, 2008.  Pintor claims that she is not attempting to withhold

7  the recording permanently, but merely seeks a delay in production until she has obtained

8  Defendants' unrefreshed and untailored deposition testimony.  Pintor argues that it is not

9  necessary to continue the mediation deadline because her claims will be established by the mere

10  existence of the calls and therefore, it is not necessary for Defendants to discover the contents of

11  the tape.  Because the discovery dispute potentially may have a significant impact on the

12  mediation the Court will grant in part Defendants' request to extend the date by which mediation

13  must be completed.  The date will be continued until sixty (60) days after Judge Lloyd has ruled

14  on the pending discovery motion.

15  **IV.  ORDER**

16      IT IS SO ORDERED.

17

18  DATED: June 23, 2008.

19

20  _____
              JEREMY FOGEL

21                United States District Judge

22

23

24

25

26

27

28

Case No. C 07-6428
ORDER GRANTING IN PART REQUEST TO CONTINUE DATE FOR COMPLETION OF MEDIATION
(JFLC1)

1    This Order has been served upon the following persons:

2

3    Balam Osberto Letona          letonalaw@gmail.com

4    Ronald Wilcox          ronaldwilcox@post.harvard.edu

5    Tomio Buck Narita     tnarita@snllp.com

6    David J. Kaminski     kaminskd@cmtlaw.com

7    Jeffrey A. Topor     jtopor@snllp.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-6428
ORDER GRANTING IN PART REQUEST TO CONTINUE DATE FOR COMPLETION OF MEDIATION
(JFLC1)