Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARTHA VASQUEZ PINTOR,<br><br>                           Plaintiff,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br>                           Defendant(s). | **DECLARATION IN OPPOSITION TO DEFENDANT'S COUNSEL MOTION TO WITHDRAW**<br><br>Case# 07-06428 JF<br><br>**JURY TRIAL DEMANDED**<br><br>Date: July 25, 2008<br>Time: 9:00 a.m.<br>**HON. JEREMY FOGEL** |
|---|---|

I, Ronald Wilcox, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am one of the Plaintiffs' attorneys in the matter above-captioned, as well as in *Fausto v. Credigy, et al.,* 07-05658 JW RS (N.D CA 2007)

**DECLARATION OF RONALD WILCOX IN OPPOSITION TO DEFENDANT'S
COUNSEL MOTION TO WITHDRAW**
Page 1

2. In January 2007, the parties first spoke to discuss the allegations in the Complaints. On March 6, 2008 the parties further discussed the identities of the Defendants and individual debt collectors who had worked on Plaintiffs' accounts. Plaintiff informed Defendant's counsel that the individual defendant, and debt collector, Mark Doe was using the alias "fferrao" according to Defendant's own collection log which Defendants had produced to Plaintiff. Thus, as of March 6, 2008, Defendants knew Mark Doe was "fferrao." Plaintiff also emailed this information to Defendants' counsel. **Exhibit 1**.

2. On March 13, 2008, Defendants counsel signed a stipulation stating he represented Mark Doe and would accept service on his behalf, and also stated he represented Ricardo Ventura and Thomson (R.G. Goncalves), and would accept service on their behalf in *Fausto v. Credigy, et al.*, 07-05658 JW RS (ND CA 2007). *Pintor* Docket #9. *Fausto* Docket #16.

3. Defendants counsel later reneged indicating he did not have authority to represent these individual defendants. See *Fausto v. Credigy*, Doc #38-2, **Exhibit D**, and *Pintor v. Credigy*, Doc#17, Page 10, ¶9. After numerous letters by Plaintiffs to address the matter, Defendants counsel eventually filed motions to withdraw in both cases. *Pintor v. Credigy*, Doc#17, *Fausto v. Credigy*, Doc#38. Judge Ware continued Defendants' motion to withdraw until September 22, 2008 in the *Fausto v. Credigy* matter. (The discovery deadline is set for September 29, 2008.)

4. Defendants refused to provide complete initial disclosures, and respond to written discovery, in both cases, thus, preventing Plaintiffs from identifying, locating, and conducting depositions of certain individuals who engaged in unlawful conduct towards Plaintiff.

5. Defendants Ryan Miller (a.k.a. Luis Renato Silva Nunes), Ricardo Ventura, and Paulo Peres, then willfully failed to appear for duly noticed depositions on May 1st and 2nd of 2008 in

**DECLARATION OF RONALD WILCOX IN OPPOSITION TO DEFENDANT'S COUNSEL MOTION TO WITHDRAW**
Page 2

the *Fausto* matter,[1] without having obtained an Order from the Court excusing their attendance.

6. In the *Pintor* matter Defendants' counsel now alleges he agreed to represent someone who turned out to not be the correct defendant (Mark Doe). Doc#17, Page 10, ¶7.  However, Defendants counsel then refused to stipulate to amend the complaint to name the correct defendant, "Fabiano Nascimento Ferrao".

7. Plaintiff has noticed depositions of the Brazilian debt collectors, including Fabiano Nascimento Ferrao for August 10-13, 2008.  Plaintiff has also served written discovery to the Brazilian debt collectors, including Fabiano Nascimento Ferrao.

8.  On April 29, 2008, Plaintiff provided Defendants a Stipulation to Amend the Complaint, to correct the Defendant's name on the Complaint from "Mark Doe" to "Fabiano Nascimento Ferrao."  Defendants refused to sign the stipulation. **Exhibit 2**.

9. To date, despite Judge Seeborg's June 13, 2008 Order in *Fausto v. Credigy*, Defendants have yet to provide the last known phone numbers of the former employees and individuals Defendants' counsel purported to represent:  Fabiano Nascimento Ferrao, Ricardo Ventura and Rita Goncalves.

10. Furthermore, Defendants are now contending yet another named Defendant, Paulo Peres, purportedly represented by Defendant's counsel has dissapeared.  Paulo Peres is one of the Brazilian collectors which Jude Seeborg ordered be produced for his deposition in the U.S.

11. In a letter of June 18, 2008, written in response to Plaintiff serving notices for the individual defendants, depositions to take place August 10-13, 2008 as Judge Seeborg ordered,

---

[1] Defendants' counsel also stated he incorrectly stipulated to agreeing to represent the collectors Ricardo Ventura and Thomson, but would not represent those persons after all, and thus would not appear for their depositions on May 1-2, 2008.

**DECLARATION OF RONALD WILCOX IN OPPOSITION TO DEFENDANT'S COUNSEL MOTION TO WITHDRAW**
Page 3

1  Defendant's counsel, David Kaminski, informed Plaintiffs' counsel that Paul Peres recently left the

2  employment of Credigy.  The letter goes on to state, "I am in the process of getting in touch with

3  him immediately.  I will get back to you in regard to Mr. Peres status as soon as possible."  Mr.

4  Kaminski has not gotten back to Plaintiff in this regard.

      DATED: 7/7/08                              /s/Ronald Wilcox
                                                        Ronald Wilcox, Counsel for PLAINTIFF

**DECLARATION OF RONALD WILCOX IN OPPOSITION TO DEFENDANT'S COUNSEL MOTION TO WITHDRAW**
Page 4