# EXHIBIT 1

**From:** Ronald Wilcox <ronaldwilcox@mac.com>
**Subject:** **Fausto v. Credigy, Pintor v. Credigy, Collectors Thomson and Mark Doe**
**Date:** March 6, 2008 3:29:40 PM PST
**To:** "David J. Kaminski" <KAMINSKD@cmtlaw.com>
**Cc:** Balam Letona <letonalaw@gmail.com>

RE: Collectors Thomson and Mark Doe

Dear David,

It is certainly unusual that Credigy has no record of what alias names their collectors use.

Nevertheless, the name Thomson is being used by the collector "rgoncalves.", in regard to the Fausto v. Credigy matter.
As we discussed earlier, in the Pintor/Vasquez matter, Mark Doe, is "fferrao."

Lets come to some resolution on this as quickly as possible, otherwise we will need to expedite the formal discovery from Defendants.

Please call me in the morning


Ronald Wilcox
Attorney at Law
2160 The Alameda, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@mac.com

# EXHIBIT 2



| | |
|---|---|
| From: | Ronald Wilcox <ronaldwilcox@mac.com> |
| Subject: | **Vasquez v. Credigy, stip to amend** |
| Date: | April 29, 2008 10:38:15 AM PDT |
| To: | "David J. Kaminski" <KAMINSKD@cmtlaw.com> |
| Cc: | Balam Letona <letonalaw@gmail.com> |
| | 1 Attachment, 40.5 KB |



Vasquez Stip...oc (40.5 KB)

Ronald Wilcox
Attorney at Law
2160 The Alameda, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@mac.com

Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel:  (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br>            Plaintiffs,<br>v.<br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br>            Defendant(s). | **Case# 07-06428 JF HRL**<br><br>**STIPULATION TO AMEND and [Proposed] PROTECTIVE ORDER** |

The parties hereby stipulate to Amend the Complaint.  Defendants earlier identified Defendant "Mark Doe" as Mark De Luca Ferrao.  Defendants now claim that is incorrect, and that Mark Doe is Fabiano Nasciemento Ferrao.  Plaintiff shall insert the name "Fabiano Nasciemento Ferrao" to replace the name "Mark Doe" appearing on the First Amended Complaint.  The parties further stipulate Plaintiff shall have 120-days from the entry of the Court's order to serve Fabiano Nasciemento Ferrao.

Defendants agree to provide the last known address and phone number for Fabiano Nasciemento Ferrao within 7-days. Defendants shall provide the contact information within 7 days of today.

DATED: _____
Ronald Wilcox, Counsel for Plaintiffs

DATED: _____
David Kaminski, Counsel for Defendants Credigy Solutions, Inc., Credigy Receivables, Inc. and Credigy Service Corp., Brett Boyde, Paulo Peres, Luis Renato Silva Nunez (a.k.a Ryan Miller

[Proposed] ORDER

Plaintiff shall be allowed to Amend the Complaint, and shall have 120-days to serve Fabiano Nasciemento Ferroa.

Date:

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE

**STIPULATION REGARDING SERVICE ON CERTAIN INDIVIDUAL DEFEDANTS**
Page 2