# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Pintor,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Credigy Services Corporation,<br><br>                Defendant(s). | 07-06428 JF MED<br><br>**Notice of Appointment of New Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator now assigned to this case is:

        **Howard A. Herman**
        US District Court - ADR Program
        450 Golden Gate Avenue, 16th Floor
        San Francisco, CA 94102
        415-522-2027
        Howard_Herman@cand.uscourts.gov

    Jessica Notini's appointment is vacated.  Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06428 JF MED                       - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: July 10, 2008

```
                                          RICHARD W. WIEKING
                                          Clerk
                                          by:    Claudia M. Forehand

                                          _____
                                          ADR Case Administrator
                                          415-522-2059
                                          Claudia_Forehand@cand.uscourts.gov
```

**Notice of Appointment of Mediator**
07-06428 JF MED                             - 2 -