Clerk's Use Only

Initial for fee pd.:

Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126-1001
Tel: (408) 296-0400



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA VASQUEZ PINTOR,

          Plaintiff(s),

    v.

CREDIGY SERVICES CORPORATION, et al

          Defendant(s).

CASE NO. C07-06428 JF HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Luke Wallace, an active member in good standing of the bar of U.S. Dist. Court for the No. Dist. of Oklahoma, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Martha Vasquez Pintor in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Ronald Wilson, Law Office of Ronald Wilcox, 2160 The Alameda, 1st Flr., Suite F, San Jose, CA 95126-1001

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/16/08

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003550
Cashier ID: waltonb
Transaction Date: 07/18/2008
Payer Name: Humphreys Wallace Hujmphreys
------------------------------------
PRO HAC VICE
 For: David Humphries
 Case/Party: D-CAN-5-07-CR-006428-001
 Amount:       $210.00
PRO HAC VICE
 For: Luke Wallace
 Case/Party: D-CAN-5-08-CV-006428-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 11197
 Amt Tendered: $210.00
CHECK
 Check/Money Order Num: 11197
 Amt Tendered: $210.00
------------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:     $0.00

Case assigned to JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```