**RECEIVED**

JUL 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

MARTHA VASQUEZ PINTOR,

Plaintiff(s),

v.

CREDIGY SERVICES CORPORATION, et al

Defendant(s).

CASE NO. C07-06428 JF HRL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Luke Wallace , an active member in good standing of the bar of

Oklahoma Supreme Court whose business address and telephone number

(particular court to which applicant is admitted)

is

9202 S. Toledo Avenue
Tulsa, OK 74137
918-747-5300 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

Honorable Jeremy Fogel
United States Magistrate Judge