```
Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiff(s):
MARTHA VASQUEZ PINTOR
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSÉ DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR, <br><br> Plaintiffs, <br><br> v. <br><br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive, <br><br> Defendant(s). | Case No. C07-06428 JF-HRL <br><br> PLAINTIFF'S REQUEST TO CONTINUE 7/25/08 CMC for 45 DAYS AND [PROPOSED] ORDER |

The parties expect to mediate this matter within the next several weeks. A conference call to set the mediation date is being held by Howard Herman on July 18, 2008 at 11 a.m. Thus, the parties respectfully request the Court continue the July 25, 2008 Case Management Conference for 45-days.

Respectfully,

_____    7/18/08
Ronald Wilcox, Attorney for Plaintiff    Date

Respectfully,

/s/ authorized    7/18/08
Tomio Narita, Attorney for Defendants    Date

## [PROPOSED] ORDER

The July 25, 2008 Case Management Conference is hereby continued to
_____.

**IT IS SO ORDERED.**

Date:

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE