```
1  Ronald Wilcox SBN 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126-1001
3  Telephone: (408) 296-0400
   Facsimile: (408) 207-0486
4  Email: ronaldwilcox@yahoo.com

5  Balam O. Letona SBN 229642
   LAW OFFICE OF BALAM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
7  Telephone: (831) 421-0200
   Facsimile: (831) 621-9659
8  Email: letonalaw@gmail.com

9  Attorneys for Plaintiff
   MARTHA VASQUEZ PINTOR
10
```

**FILED**

JUL 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION,<br>CREDIGY RECEIVABLES INC.,<br>CREDIGY SOLUTIONS INC.,<br>BRETT BOYDE, MARK DOE and<br>DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: C07-06428 JF HRL<br><br>**CERTIFICATE OF SERVICE FOR APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE OF LUKE WALLACE** |

1

2    I hereby certify that on July 22, 2008 the foregoing document and a file stamped copy

3  of the Application for Admission of Attorney Pro Hac Vic of Luke Wallace was sent by

4  facsimile and first class U.S. mail to:

5

6  David Kaminski
   CARLSON & MESSER LLP
7  5959 W. Century Blvd., Suite 1214
8  Los Angeles, CA 90045
   Fax: (310) 242-2222
9

   Tomio Narita
10 SIMMONDS & NARITA LLP
11 44 Montgomery St., Suite 3010
   San Francisco, CA 94107
12 Fax: (415) 352-2625

13
   Ronald Wilcox
14 LAW OFFICE OF RONALD WILCOX
   2160 The Alameda, 1st Flo., Suite F
15 San Jose, CA 95126-1001
   Fax: (408) 296-0486
16

17 Balam O. Letona
   LAW OFFICE OF BALAM O. LETONA, INC.
18 1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
19 Fax: (831) 621-9659

20

21                                      _____
                                        Luke Wallace
22

23

24

25

26

27

28

1