## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 25, 2008
**Case Number:** CV-07-6428-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:       **MARTHA PINTOR V. CREDIGY SERVICES CORP., ET AL**

**PLAINTIFF**                                                                       **DEFENDANT**

Attorneys Present: **Ronald Wilcox**                                    Attorneys Present: **Stephen Watkins**

---

PROCEEDINGS:

    Hearing on Motion to Withdraw from Stipulation held.  Parties are present.  The motion is taken under submission.