ORIGINAL

TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery St., Suite 3010
San Francisco, CA 94610
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants Credigy Services
Corporation, Credigy Receivables, Inc. and
Credigy Solutions, Inc.

FILED

2008 AUG -1  A 11: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

MARTHA VASQUEZ PINTOR             §
                                  §
         Plaintiff,               §   Case No. C07-06428 JF-HRL
                                  §
v.                                §
                                  §
CREDIGY SERVICES CORP.,           §
CREDIGY RECEIVABLES INC.          §   APPLICATION FOR ADMISSION OF
CREDIGY SOLUTIONS INC.,           §   ATTORNEY PRO HAC VICE
BRETT BOYDE, MARK DOE, and        §
DOES 1-10, inclusive              §
                                  §
         Defendant(s).            §

    Pursuant to Civil L.R. 11-3, John F. Gillespie, an active member in good standing of the bar of the U.S. District Court for the Southern District of Texas, Northern District of Texas and Southern District of Ohio hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing all the Defendants in the above entitled action.

    In Support of this application, I certify on oath that:

    1. I am an active member in good standing of a United States Court of the highest court of another State or the District of Columbia, as indicated above;

    2. I agree to abide by the Standards of Professional Conduct as set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - 1

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is: Tomio Narita, Simmonds & Narita, LLP, 44 Montgomery Street, Suite 3010, San Francisco, California 94014-4816.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: JUL 2 8 2008

JOHN P. GILLESPIE
Attorney for Defendants
STEWART & ASSOCIATES, P.C.
P.O. BOX 2629
SUWANEE, GEORGIA  30024
(678) 728-7313   Telephone
(678) 684-4975   Facsimile

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - 2

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003652
Cashier ID: harwellt
Transaction Date: 08/01/2008
Payer Name: Simmonds and Narita LLP
-------------------------------------
PRO HAC VICE
 For: John F. Gillespie
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
-------------------------------------
CHECK
 Check/Money Order Num: 1040
 Amt Tendered: $210.00
-------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

Case # 07-cv-06428-JF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```