ORIGINAL

TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc. and
Credigy Solutions, Inc.

FILED

2008 AUG -1  A 11: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR, | CASE NO.: C 07 06428 JF HRL |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE, and DOES 1-10, inclusive, | |
| Defendants. | |

PINTOR V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 06428 JF HRL)
PROOF OF SERVICE

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following documents:

1) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE OF JOHN F. GILLESPIE**

2) **PROPOSED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE OF JOHN F. GILLESPIE**

by causing such documents to be mailed to the address indicated below:

<u>VIA U.S. MAIL</u>
Ronald Wilcox
Law Office of Ronald Wilcox
2160 The Alameda, 1st Floor, Suite F
San Jose, CA 95126-1001

Balám O. Letona
Law Office of Balám O. Letona, Inc.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940

David Humphreys
Lucius J. Wallace
Humphreys, Wallace, Humphreys, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137

David Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 31st day of July, 2008.

_____
Stephanie Schmitt