1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants
7  Credigy Services Corporation,
   Credigy Receivables, Inc., and
8  Credigy Solutions, Inc.

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13  MARTHA VASQUEZ PINTOR,            )  CASE NO.: C 07 06428 JF HRL
14                                    )
               Plaintiff,             )  STIPULATION AND
15                                    )  [PROPOSED] ORDER TO
                                      )  EXCUSE INDIVIDUAL
16         vs.                        )  DEFENDANTS FROM
                                      )  MEDIATION
17                                    )
    CREDIGY SERVICES                  )
18  CORPORATION, CREDIGY              )
    RECEIVABLES INC., CREDIGY         )  The Honorable Jeremy Fogel
19  SOLUTIONS INC., BRETT             )
    BOYDE, MARK DOE, and DOES         )
20  1-10, inclusive,                  )
                                      )
21             Defendants.            )
                                      )
22  _____)

23

24

25

26

27

28
   ─────────────────────────────────────────────────────────
   PINTOR V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 06428 JF HRL)
   STIPULATION AND [PROPOSED] ORDER TO EXCUSE INDIVIDUAL DEFENDANTS FROM MEDIATION

1   WHEREAS on July 10, 2008, this action was referred with Howard A. Herman for mediation (docket 39); and

2   WHEREAS the mediation hearing has been set in this action for August 27, 2008 at 10:00 a.m.; and

3   WHEREAS defendant Mark Doe a.k.a. Fabiano Nascimento Ferrao is a resident of Brazil and has not appeared in this action; and

4   WHEREAS defendant Brett Boyde is a resident of Lawrenceville, Georgia; and

5   WHEREAS Mr. Boyde is represented by John F. Gillespie in this action who will attend the August 27, 2008 mediation; and

6   WHEREAS the Plaintiff and defendants Credigy Services Corporation, Credigy Receivables, Inc., Credigy Solutions, Inc. and Brett Boyde agree that the presence of Mr. Ferrao and Mr. Boyde at the mediation of this matter would not aid the possible resolution of this case,

7   THEREFORE it is hereby stipulated to between the parties to request that Mr. Ferrao and Mr. Boyde's attendance at the mediation hearing be excused.

DATED: August 5, 2008        HUMPHREYS WALLACE HUMPHREYS, P.C.
                             DAVID HUMPHREYS


                             By:  s/David Humphreys
                                  David Humphreys
                                  Attorneys for Plaintiffs

DATED: August 5, 2008        STEWART & ASSOCIATES
                             JOHN F. GILLESPIE


                             By:  s/John F. Gillespie
                                  John F. Gillespie
                                  Attorneys for Defendants

| | |
|---|---|
| DATED: August 5, 2008 | SIMMONDS & NARITA LLP<br>TOMIO B. NARITA<br>JEFFREY A. TOPOR |

By:   s/Tomio B. Narita
      Tomio B. Narita
      Attorneys for Defendants
      Credigy Services Corporation,
      Credigy Receivables, Inc., and
      Credigy Solutions, Inc.

[PROPOSED ORDER]

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the attendance of Fabiano Nascimento Ferrao and Brett Boyde is excused from the mediation set for August 27, 2008 at 10:00 a.m.

IT IS SO ORDERED:

DATED: 8/12/08

By: _____
Magistrate Judge of the District Court