**FILED**

SEP 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Pintor,

    Plaintiff(s),

  v.

Credigy Services Corporation,

    Defendant(s).

No. C 07-06428 JF MED

**Certification of ADR Session**

***Instructions:** **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.***

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___8/27/08___

2. Did the case settle? ☐ fully ☐ partially ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

  ☐ another session scheduled for (date) _____

  ☐ phone discussions expected by (date) _____

  ☒ no

**4. IS THIS ADR PROCESS COMPLETED? ☒ YES ☐ NO**

Dated: ___8/27/08___ _Howard A/_

**Mediator, Howard A. Herman**
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102