Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br>    Plaintiff,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br>    Defendants. | Case No.: C07-06428 JF HL<br><br>**NOTICE OF DOCUMENTS LODGED IN CONNECTION WITH PLAINTIFF'S ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO LOCAL RULE 79-5(d)**<br><br>DISCOVERY MATTERS REFERRED TO HON. HOWARD LLOYD |

**DOCUMENTS SUBMITTED UNDER SEAL**

Plaintiffs are lodging the following documents in connection with Plaintiff's Administrative Motion for a Sealing Order Pursuant to Local Rule 79-5(d):

1. Un-redacted version of the Opposition to Defendant's Motion for Leave to File a Counterclaim.

2. Exhibit 1: Collection Logs.

3. Exhibit 5: General Services Agreement between CSC and Solucoes Brazil.

1

| | |
|---|---|
| Dated: September 5, 2008 | Respectfully submitted, |
| | _____ |
| | Balám O. Letona |
| | Attorney for Plaintiff |