Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br>    Plaintiff,<br><br>    v.<br><br>CREDIGY SERVICES CORPORATION,<br>CREDIGY RECEIVABLES INC., CREDIGY<br>SOLUTIONS INC., BRETT BOYDE,<br>MARK DOE and DOES 1-10, inclusive,<br>    Defendants. | Case No.: C07-06428 JF HL<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO LOCAL RULE 79-5(d)** |

TO:   CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE

PLEASE TAKE NOTICE that Plaintiffs are filing this administrative motion for a sealing order for the following documents:

1. Un-redacted version of the Plaintiffs' Opposition to Defendant's Motion for Leave to File a Counterclaim

2. Exhibit 1: Collection Logs.

3. Exhibit 5: General Services Agreement between CSC and Solucoes Brazil.

1
Plaintiffs' Administrative Motion for Sealing Order Pursuant to Local Rule 79-5(d)

These documents have been designated as confidential by Defendant Credigy Services Corporation. Therefore, pursuant to Local Rule 79-5(d), Plaintiffs are submitting these documents in support of Plaintiffs' Opposition to Defendant's Motion for Leave to File a Counterclaim and are lodging these documents with the Court. Local Rule 79-5(d) requires that to have these documents filed under seal, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must be lodge and serve as narrowly tailored sealing order, or must withdraw the designation of confidentiality.

Dated: September 5, 2008                                              Respectfully submitted,


/s/ Balam O. Letona
Balám O. Letona
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659

ATTORNEY FOR PLAINTIFF