1  Balám O. Letona, Bar No. 229642
   LAW OFFICE OF BALÁM O. LETONA, INC.
2  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
3  Tel: 831-421-0200
   Fax: 831-621-9659
4  Email: letonalaw@gmail.com

5  Ronald Wilcox, Bar No. 176601
   LAW OFFIC OF RONALD WILCOX
6  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
7  Tel: 408-296-0400
   Fax: 408-296-0486
8  Email: ronaldwilcox@post.harvard.edu

9  David Humphreys *(pro hac vice)*
   Humphreys Wallace Humphreys P.C.
10 9202 South Toledo Ave.
   Tulsa, Oklahoma 74137
11

12 Luke Wallace *(pro hac vice)*
   Humphreys Wallace Humphreys P.C.
13 9202 South Toledo Ave.
   Tulsa, Oklahoma 74137
14
   Attorneys for Plaintiffs

15

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSÉ DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br>   Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION,<br>CREDIGY RECEIVABLES INC., CREDIGY<br>SOLUTIONS INC., BRETT BOYDE,<br>MARK DOE and DOES 1-10, inclusive,<br>   Defendants. | Case No.: C07-06428 JF HL<br><br>**DECLARATION OF MARTHA VASQUEZ PINTOR IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE COUNTERCLAIM**<br><br>**Date: September 26, 2008**<br>**Time: 9:00 a.m.**<br>**HON. JEREMY FOGEL**<br><br>**U.S. DISTRICT COURT**<br>**280 South First St.**<br>**San Jose, CA** |

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO AMEND, Case No.:
C07-05658 JW RS

1

I, Martha Vasquez Pintor, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am the Plaintiff in the matter above-captioned.
2. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion for Leave to File Counterclaim.
3. I had telephone conversations with a Mark Doe.
4. I did not record any conversations with anyone other than Mark Doe.

Respectfully submitted and executed this 5th day of September 2008,

/s/ Martha Vasquez Pintor

Martha Vasquez Pintor