TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants and
Cross-Complainant Credigy Services
Corporation, and for Defendants
Credigy Receivables, Inc. and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, *et al.*<br><br>Defendants.<br><hr>CREDIGY SERVICES CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>MARTHA V. PINTOR and ROES 1 through 25,<br><br>Counterdefendants. | CASE NO.: C 07 06428 JF HRL<br><br>**DECLARATION OF JOHN GILLESPIE IN SUPPORT OF DEFENDANTS' JOINDER IN PLAINTIFF'S ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO LOCAL RULE 79-5(d)**<br><br>Date:  September 26, 2008<br>Time:  9:00 a.m.<br>Ctrm:  3 (Fifth Floor)<br><br>The Honorable Jeremy Fogel |

1  I, John Gillespie, declare:

2    1.   I am an attorney admitted *pro hac vice* in this action as counsel for Defendants. I am also an authorized representative of defendant Credigy Services Corp. I make this declaration in support of the Joinder of Defendant Credigy Services Corporation to Plaintiff's Administrative Motion for Sealing Order Pursuant to Local Rule 79-5(d). I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently thereto.

    2.   On August 7, 2008, the Court entered a Protective Order in this action, thereby determining that good cause exists for protecting certain information from disclosure to the public in this action. *See Phillips v. General Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002).

    3.   In connection with her Opposition to Defendant's Motion for Leave to File a Counterclaim ("Opposition"), Plaintiff has filed an administrative motion to seal two documents produced by Defendants in discovery and designated as "confidential" pursuant to the terms of the Protective Order.

    4.   Pursuant to Local Rule 79-5(d), Defendants submit the following particularized showing that good cause exists "to warrant preserving the secrecy of sealed discovery materials attached" to Plaintiff's opposition to Defendants' "non-dispositive motion[]." *See Foltz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1172, 1180 (9th Cir. 2003) (quoted in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006)); *accord Phillips*, 307 F.3d at 1213.

    5.   Exhibit 1 to Plaintiff's Opposition is a copy of a printout of defendant Credigy Services Corp.'s internal collection notes related to Plaintiff's account. For purposes of the present motion, Defendants withdraw any designations of confidentiality as to the document attached as Exhibit 1 to Plaintiff's Opposition. (Defendants note that the document filed by Plaintiff does not bear any confidentiality designation by Defendants).

1       6.     Exhibit 5 to Plaintiffs' Opposition is the General and Administrative Services Agreement between Credigy Solucoes Financeiras Ltda. and Credigy Services Corp.  Good cause exists for sealing this document because the document contains the confidential, proprietary information of defendant Credigy Services Corp. as well as the confidential, proprietary information of non-party Credigy Solucoes Financeiras Ltda.  Such information includes references to compensation for services performed by Credigy Solucoes, methods for accounting of same, the addresses and facsimile numbers of Credigy Services Corp. and Credigy Solucoes' Chief Financial Officers, and the types of services to be provided to Credigy Services Corp. by Credigy Solucoes.  This information is not available through public sources and Defendants make every effort in the ordinary course of business to keep this document confidential as it could provide insight into Defendants' internal systems, operating plans, and business structure.  Defendants operate their businesses in highly competitive, volatile markets and the release of the information contained in this contract could potentially be used by their competitors to Defendants' detriment.  Defendants respectfully request that the Court issue an Order to file Exhibit 5 to Plaintiff's Opposition to Defendants' Motion for Leave to File Counterclaim (docket number 68) under seal.

      I declare under penalty of perjury that the foregoing is true and correct. Executed at Suwanee, Georgia, on this 10th day of September, 2008.

                                                   s/John Gillespie
                                                    John Gillespie