TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants and
Cross-Complainant Credigy Services
Corporation, and for Defendants
Credigy Receivables, Inc. and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, *et al*.<br><br>Defendants.<br><br>CREDIGY SERVICES CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>MARTHA V. PINTOR and ROES 1 through 25,<br><br>Counterdefendants. | CASE NO.: C 07 06428 JF HRL<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date:   September 26, 2008<br>Time:   9:00 a.m.<br>Ctrm:   3 (Fifth Floor)<br><br>The Honorable Jeremy Fogel |

1  TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT defendants Credigy Services Corporation,

3  Credigy Receivables, Inc. and Credigy Solutions, Inc. have lodged their Proposed

4  Order to File Documents Under Seal, a true and correct copy of which is attached

5  hereto as **Exhibit A**.

DATED: September 10, 2008         SIMMONDS & NARITA LLP
                                  TOMIO B. NARITA
                                  JEFFREY A. TOPOR


                                  By:   s/Jeffrey A. Topor
                                        Jeffrey A. Topor
                                        Attorneys for Defendant and
                                        Counterclaimant Credigy Services
                                        Corporation and for Defendants
                                        Credigy Solutions Inc., Credigy
                                        Receivables Inc.

PINTOR V. CREDIGY SERVICES CORP. ET AL. (AND CROSS-ACTION) (CASE NO. C 07 06428 JF HRL)
NOTICE OF LODGING OF [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO LOCAL RULE 79-5                                                        1.

# Exhibit A

1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants and
7  Cross-Complainant Credigy Services
   Corporation, and for Defendants
8  Credigy Receivables, Inc. and
   Credigy Solutions, Inc.
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                               SAN JOSE DIVISION

13 | MARTHA VASQUEZ PINTOR,              ) CASE NO.: C 07 06428 JF HRL
14 |                                     )
   |         Plaintiff,                  )
15 |                                     ) **[PROPOSED] ORDER TO FILE**
   |      vs.                            ) **DOCUMENTS UNDER SEAL**
16 |                                     ) **PURSUANT TO LOCAL RULE**
   | CREDIGY SERVICES                    ) **79-5**
17 | CORPORATION, *et al.*                )
   |                                     )
18 |         Defendants.                 ) Date:  September 26, 2008
   |                                     ) Time:  9:00 a.m.
19 |                                     ) Ctrm:  3 (Fifth Floor)
   | CREDIGY SERVICES                    )
20 | CORPORATION,                        )
   |                                     ) The Honorable Jeremy Fogel
21 |         Counterclaimant,            )
   |                                     )
22 |      vs.                            )
   |                                     )
23 | MARTHA V. PINTOR and ROES 1         )
   | through 25,                         )
24 |                                     )
   |         Counterdefendants.          )
25 |                                     )
   |                                     )
26 |                                     )

27

28

PINTOR V. CREDIGY SERVICES CORP. ET AL. (AND CROSS-ACTION) (CASE NO. C 07 06428 JF HRL)
[PROPOSED] ORDER TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 79-5

1    WHEREAS on August 7, 2008, the Court entered a Protective Order in this action finding good cause to protect certain information disclosed in discovery in this action; and

WHEREAS in connection with Plaintiff's Opposition to Defendants' Motion for Leave to File Counterclaim, on September 5, 2008, Plaintiff filed two documents as Exhibits 1 and 5, that had been designated as "confidential" by Defendants pursuant to the Protective Order; and

WHEREAS Defendants have withdrawn any designation of confidentiality as to the document attached as Plaintiff's Exhibit 1; and

WHEREAS, as established by the Declaration of John Gillespie In Support of Defendants' Joinder in Plaintiff's Administrative Motion for Sealing Order Pursuant to Local Rule 79-5(d), the document attached as Plaintiffs's Exhibit 5 contains the confidential, proprietary information of defendant Credigy Services Corp. as well as the confidential, proprietary information of non-party Credigy Solucoes Financeiras Ltda.,

THEREFORE, GOOD CAUSE EXISTS to file Exhibit 5 to Plaintiff's Opposition to Defendants' Motion for Leave to File Counterclaim under seal.

IT IS HEREBY ORDERED that Plaintiff's Administrative Motion for Sealing Order is granted in part. The clerk is directed to file Exhibit 5 to Plaintiff's Opposition to Defendants' Motion for Leave to File Counterclaim (docket number 68) under seal.

**IT IS SO ORDERED.**

DATED: _____

By: _____
Honorable Jeremy Fogel
Judge of the District Court