1  Ronald Wilcox SBN 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San José, CA 95126-1001
3  Tel: (408) 296-0400
   Fax: (408) 296-0486
4  Email: ronaldwilcox@yahoo.com

5  Balám O. Letona SBN 229642
   LAW OFFICE OF BALÁM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
7  Tel: (831) 421-0200
   Fax: (831) 621-9659
8  Email: letonalaw@gmail.com

9  Attorneys for Plaintiff(s):
10 MARTHA VASQUEZ PINTOR

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br><br>　　　　　Defendant(s). | Case No. C07-06428 JF-HRL<br><br>NOTICE OF PENDING RESOLUTION, REQUEST TO CONTINUE 9/26/08 CMC AND [~~PROPOSED~~] ORDER |

　　　The parties wish to inform the Court they have reached a tentative resolution. Thus, the Plaintiff requests the Court continue the Case Management Conference for one week to give the parties time to conclude the matter.

Respectfully,

/s/Ronald Wilcox                    9/13/08
Ronald Wilcox, Attorney for Plaintiff    Date

**[PROPOSED] ORDER**

The September 26, 2008 Case Management Conference is hereby continued to October 3, 2008 at 10:30 am.

**IT IS SO ORDERED.**

Date: 9/18/08

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE