Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Attorneys for Plaintiff

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSÉ DIVISION

| | |
|---|---|
| MARTHA VASQUEZ PINTOR,<br>　　Plaintiff,<br><br>　　v.<br><br>CREDIGY SERVICES CORPORATION,<br>CREDIGY RECEIVABLES INC., CREDIGY<br>SOLUTIONS INC., BRETT BOYDE,<br>MARK DOE and DOES 1-10, inclusive,<br>　　Defendants. | Case No.: C07-06428 JF HL<br><br>**STIPULATION TO DISMISS AND**<br>**[PROPOSED] ORDER** |

//

-1-

The parties hereby request this matter be dismissed with prejudice.

Dated: 09/24/08

_____
Balám O. Letona, Counsel for Plaintiff

Dated: 9/24/08

_____
Tomio B. Narita, Counsel for Defendants

[PROPOSED] ORDER

Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with prejudice.

Date: 9/26/08

_____
HON. JEREMY FOGEL

- 2